UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL PARKER,

    Plaintiff,

v.

Case No. 22-cv-12993
Hon. Matthew F. Leitman

DARICE HARRIS, *et al.*,

    Defendants.
_____/

### ORDER TERMINATING MOTION TO COMPEL PLAINTIFF'S EXECUTED RECORD AUTHORIZATIONS (ECF No. 14)

On March 6, 2023, the Court held a status conference over video conferencing to discuss Defendants' Motion to Compel Plaintiff's Executed Record Authorizations (ECF No. 14). For the reasons stated on the record during that conference, that motion is **TERMINATED.**

    **IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: March 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 6, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126