UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL PARKER,

      Plaintiff,                                Case No. 22-12993
                                                   Hon. Matthew F. Leitman

v

DARICE HARRIS, et al.,

      Defendants.

---

| | |
|---|---|
| MARC J. MENDELSON (P52798)<br>KATRINA A. MARTIN (P73928)<br>MIKE MORSE LAW FIRM<br>Attorneys for Plaintiff<br>24901 Northwestern Hwy., Suite 700<br>Southfield, MI 48075<br>(248) 350-9050 / Fax (248) 350-2640<br>kmartin@855mikewins.com<br>lbyrnes@855mikewins.com | TIMOTHY S. GROUSTRA (P48966)<br>RYAN M. DEMPSEY (P69116)<br>THOMAS D. BRASCO, JR. (P86087)<br>DICKIE, MCCAMEY & CHILCOTE, PC<br>Attorneys for Defendants<br>89 Kercheval Avenue, Suite 200<br>Grosse Pointe Farms, MI 48236<br>(313) 308-2034 / Fax (888) 811-7411<br>tgroustra@dmclaw.com<br>rdempsey@dmclaw.com |

---

## QUALIFIED PROTECTIVE ORDER ALLOWING DEFENSE COUNSEL TO CONDUCT *EX-PARTE* INTERVIEWS WITH PLAINTIFF'S HEALTHCARE PROVIDERS

**IT IS HEREBY ORDERED** that defense counsel may conduct ex-parte interviews with Plaintiff's healthcare providers.

**IT IS FURTHER ORDERED** that all *ex-parte* interviews shall be in regard to this litigation, and any healthcare provider, like any witness, is not required to

participate in an ex-parte interview, and must be told such upon the request for the interview.

**IT IS FURTHER ORDERED** that if Defendants or their counsel obtain any protected health information as a result of *ex-parte* communications with any of Plaintiff's healthcare providers, defendants are prohibited from using or disclosing that protected health information for any purpose other than this litigation.

**IT IS FURTHER ORDERED** that any protected health information obtained through the ex-parte communications shall be destroyed at the conclusion of this litigation.

**IT IS FURTHER ORDERED** that this Order is entered pursuant to the HIPAA Privacy Regulation 45 CFR §164.512(e)(1)(i) to permit *ex-parte* interviews between counsel for the defense and Plaintiff's healthcare providers, and shall remain in effect through the duration of this litigation.

**IT IS FURTHER ORDERED** that Defendants shall serve a copy of this Order on any treating physician prior to any *ex parte* meetings.

This is **not** a final order.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 7, 2023

3

Stipulated and approved as to form and content:

| /s/ KATRINA A. MARTIN (w/ consent) | /s/ TIMOTHY S. GROUSTRA |
|---|---|
| MARC J. MENDELSON (P52798) | TIMOTHY S. GROUSTRA (P48966) |
| KATRINA A. MARTIN (P73928) | RYAN M. DEMPSEY (P69116) |
| Attorneys for Plaintiff | Attorneys for Defendants |